IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) CRIMINAL CASE NO. 05-10068-RCL |
| v. | ) |
|  | ) |
| THURSTON GENE GILMAN | ) |

JOINT MOTION FOR ORDER
AUTHORIZING AND DIRECTING CLERK OF COURT

Comes now the United States of America, by Victor A. Wild, Assistant United States Attorney for the District of Massachusetts, and the defendant, by his counsel Thomas M. Hoopes, Esq., and jointly move this Court for an ORDER authorizing and directing the Clerk of Court for the District of Massachusetts to receive and hold in an interest-bearing account funds from the following entities:

1. Pension Financial Services, Inc.
   1700 Pacific Avenue
   Suite 1400
   Dallas, TX 75201

2. Alliance Investment Management, Ltd.
   Center of Commerce
   One Bay Street
   P.O. Box SS-19051
   Nassau, The Bahamas

3. Olympia Capital [Bermuda] Limited
   Williams House
   20 Reid Street
   Hamilton HM 11
   Bermuda

The parties submit the following for this Court's

consideration:

1. In the event of conviction in this case, the Government will seek an Order of restitution to investor victims of any offenses of conviction.

2. Investor funds received by the defendant were placed in accounts at the subject financial institutions in the name of Arbor Securities, Ltd.

3. A portion of the investor funds remain at the subject financial institutions in the name of Arbor Securities, Ltd.

4. It is the desire of the parties that residual investor funds in the name of Arbor Securities, Ltd be received and held by the Clerk of Court for the District of Massachusetts in an interest-bearing account until such time as this Court shall enter subsequent orders.

5. It is the intent of the parties that such funds received and held by the Clerk of Court for the District of Massachusetts shall be maintained for the benefit of investors in the event, and in such manner as, this Court may order restitution in this case.

6. In the alternative, if such restitution is not ordered in this case, it is the intent of the parties that such funds received and held by the Clerk of Court for the District of Massachusetts, shall be released in

      connection with pending civil litigation relating to Arbor Securities, Ltd and/or Trade Tek and/or Apollo Eyewear, under such Order as this Court may enter after consultation with the Government and the defendant.

WHEREFORE, the parties jointly move this Court for an Order authorizing and directing the Clerk of Court for the District of Massachusetts to receive and hold in an interest-bearing account funds currently in the name of Arbor Securities Ltd held by the subject financial entities.

Respectfully submitted this 31st day of March, 2005.

| THURSTON GENE GILMAN | MICHAEL J. SULLIVAN Defendant |
|---|---|
| | UNITED STATES ATTORNEY |

By: _____   By: _____
   THOMAS M. HOOPES, Esq.        VICTOR A. WILD
   Counsel for Defendant         Assistant U.S. Attorney