AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC Mass
Date 3/31/05
By [signature]
Deputy Clerk 2:45pm

**APPEARANCE**

CASE NUMBER: 005 - 10068-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   The Defender

I certify that I am admitted to practice in this court.

_3-31-05_
Date

Signature

Print Name: Hanns M. Hooper                Bar Number

Address: 175 Federal St., Suite 802

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617 338-9300                Fax Number

BBO No. 239340

This form was electronically produced by Elite Federal Forms, Inc.