IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) CRIMINAL CASE NO.  05-10068-RCL <br> ) |
| v. | ) <br> ) |
| THURSTON GENE GILMAN | ) <br> ) |

### GOVERNMENT'S MOTION FOR ORDER ON EXCLUDABLE TIME
**MARCH 31, 2005 to MAY 13, 2005
and
MAY 13, 2005 to JUNE 7, 2005**

The United States moves this Court to enter an Order excluding from the Speedy Trial Act the period from March 31, 2005 (date of defendant initial appearance)to May 13, 2005 (date of initial status conference), and the period from May 13, 2005 to June 7, 2005 (scheduled date of continued status conference). See 18 U.S.C. §3161(c)(1)[Speedy Trial calculation commences with initial appearance of defendant(s)]; 18 U.S.C. §3161(h)(8)(A) [exclusion for continuance on court finding ends of justice served by delay outweigh interests in speedy trial].

The Government submits the following information in support of the motion for exclusion of time:

1. The defendant was indicted by the Grand Jury on March 17, 2005;

The defendant appeared for initial appearance and arraignment on March 31, 2005.  An initial status conference was scheduled for May 13, 2005;

2. On May 13, 2005, the Court scheduled a further status conference for June 7, 2005;

3.  The parties agreed that the two periods of time requested in this motion be excluded from the Speedy Trial Act.

Respectfully submitted this 7th day of June, 2005.

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY

By: /s/ Victor A. Wild
    VICTOR A. WILD
    Suite 9200
    One Courthouse Way
    Boston, MA 02210
    (617) 748-3100
    Mass. Bar No. 543148

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon THOMAS M. HOOPES, Esq., *Kelly, Libby & Hoopes*, 175 Federal Street, Boston, MA 02110

/s/ Victor A. Wild
VICTOR A. WILD
Assistant U.S. Attorney