# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10068-RCL

UNITED STATES OF AMERICA

v.

THURSTON GENE GILMAN

## *FINAL STATUS REPORT*

June 8, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with the violation of the Investment Adviser's Act and mail fraud, was returned on March 17, 2005;

    2. The defendant was arraigned on the Indictment on March 31, 2005;

    3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately 50 witnesses and that the trial would last approximately three weeks;

5. Counsel for the defendant indicates that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through June 7, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

 /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge