# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## PRETRIAL SERVICES

JOHN R. RILEY
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-793-0444
FAX: 508-793-0443

January 24, 2006

The Honorable Reginald C. Lindsay
United States District Court Judge
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

                                      RE:    Gilman, Thurston
                                                CR# 05-10068
                                                **Release Status Letter**

Dear Judge Lindsay:

The above named defendant is scheduled to appear before Your Honor pursuant to a sentencing.

Mr. Gilman originally appeared before U.S. Magistrate Judge Marianne B. Bowler on March 31, 2005 after being name in an Indictment charging him with Wilful Violation of the Investment Act of 1940, Wire Fraud and Mail Fraud. On that date, U.S. Magistrate Judge Bowler released the defendant to a $50,000 unsecured bond and the following conditions of release: maintain residence and notify Pretrial Services prior to any change of residence, refrain from possessing any firearms, destructive devices or dangerous weapons, surrender any passport/not obtain a passport, travel restricted to the Continental United States, and report any arrest to Pretrial Services within 24 hours.

During Mr. Gilman's period of release he has not notified Pretrial Services of any change of residence or any new arrest conduct. A collateral record check with the U.S. Probation Office in the District of Maine reflects no new arrests. Further a review of NCIC reflects no new arrests or outstanding warrants.

The Honorable Reginald C. Lindsay        - 2 -        January 24, 2006

This Pretrial Services Officer offers the above for Your Honor's consideration.

Respectfully submitted,

*Tm O'Brien/*

Thomas M. O'Brien
U.S. Pretrial Services Officer

cc:    Thomas Hoopes, Esq.
       Victor Wild, AUSA