UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10068-RCL |
| | ) | |
| | ) | |
| THURSTON GENE GILMAN | ) | |

## DEFENDANT GILMAN'S NOTICE OF APPEAL

Notice is hereby given that Thurston Gene Gilman, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's Judgment in a Criminal Case, entered on February 1, 2006 (Dkt. #20).

By his attorney,

/s/ Thomas M. Hoopes_____
Thomas M. Hoopes, Esq.
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street, Suite 800
Boston, MA. 02110
(617) 338-9300
B.B.O. No. 239340

DATE: February 9, 2006