UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10068-RCL |
| | ) | |
| | ) | |
| THURSTON GENE GILMAN | ) | |

## DEFENDANT'S PARTIALLY ASSENTED-TO EMERGENCY MOTION TO CONTINUE SELF-REPORT DATE

Defendant respectfully moves the Court, on an emergency basis, to continue his self-report date for a period of 30 days, on the ground that the Bureau of Prisons has not yet designated him to an institution to serve his sentence. As further support for this Motion, Defendant states as follows:

1. On January 24, 2006, the Court sentenced Defendant to a period of imprisonment of 204 months.

2. As part of the Judgment, the Court Ordered that Defendant self-report for service of his sentence <u>at the institution designated by the BOP</u> no later than 2:00 p.m. on **Friday, February 24, 2006**. Judgment at 2.

3. Earlier today, the undersigned spoke with a representative of the BOP. That representative confirmed that Defendant had not yet been designated.

4. Also earlier today, the undersigned spoke to a representative of the United States Marshals Service. The undersigned was told that, according to that Service's paperwork, Defendant must surrender directly to the <u>Marshals</u> by the self-report date of February 24, 2006.

5. The representation made by the Marshals Service is <u>directly contrary</u> to the plain language of the Judgment, which states that, rather than surrender to the Marshals, Defendant is to self-report to the institution designated by the Bureau of Prisons.

6. Obviously, Defendant cannot comply with the requirements of the Judgment until the BOP designates him to an institution. Accordingly, Defendant respectfully requests that the Court continue his self-report date for a period of 30 days such that the BOP can designate him to a particular institution and Defendant can thereafter self-report to that institution consistent with the Judgment.

7. The government assents to Defendant's request for a continuance.[1]

8. Granting this Motion serves the interests of justice.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion.

By his attorneys,

/s/ Douglas S. Brooks
Thomas M. Hoopes (BBO No. 239340)
Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street, Suite 800
Boston, MA 02110
(617) 338-9300

Dated: February 21, 2006

---

[1] The undersigned has spoken with AUSA Victor Wild regarding this Motion. AUSA Wild assents to a continuance of the self-report date, but prefers that it be continued for a period of 15 days, subject to the BOP's capacity to designate Defendant within that time period.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on all counsel of record, on this the 21st day of February, 2006.

                                      /s/ Douglas S. Brooks_____