**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USCA Docket Number:

USDC Docket Number : 05-cr-10068

United States of America

v.

Thurston Gene Gilman

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/9/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 28, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/28/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, VICTIM

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10068-RCL-ALL

Case title: USA v. Gilman

Date Filed: 03/17/2005

Assigned to: Judge Reginald C. Lindsay

**Defendant**

**Thurston Gene Gilman** (1)
*TERMINATED: 02/01/2006*

represented by **Thomas Hoopes**
Kelley, Libby & Hoopes
Suite 800
175 Federal Street
Boston, MA 02110
617-338-9300
Fax: 617-338-9911
Email: thoopes@klhboston.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Retained*

**Pending Counts**

15:80b-6(1), 80b-6(2), 80b-6(4) and 80b-17 Willful Violation of the Investment Adviser's Act of 1940
(1)

**Disposition**

The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700

The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the

| | |
|---|---|
| 18:1343 Wire Fraud (2-19) | defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700 |
| 18:1341 Mail Fraud (20-37) | The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**
USA                           represented by   **Victor A. Wild**
                                               United States Attorney's Office
                                               John Joseph Moakley Federal Courthouse
                                               1 Courthouse Way
                                               Suite 900

Boston, MA 02210
617-748-3145
Fax: 617-748-3960
Email: victor.wild@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2005 | 1 | INDICTMENT as to Thurston Gene Gilman (1) count(s) 1, 2-19, 20-37. (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/17/2005 | 2 | Judge Reginald C. Lindsay : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Thurston Gene Gilman (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/21/2005 |  | NOTICE OF HEARING for Thurston Gene Gilman; Initial Appearance set for 3/31/2005 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 03/21/2005) |
| 03/31/2005 |  | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial appearance and arraignment for Thurston Gene Gilman (1) held on 3/31/2005; Victor Wild for the govt.; Thomas Hoopes for the deft.; Christopher Wylie for Pretrial Services; The deft. is informed of the charges, rights and right to counsel; The deft. has retained Thomas Hoopes and counsel for the deft. files an appearance in open court; Deft. is sworn and questioned by the court; The govt. does not request detention at this time and agrees with conditions recommended by Pretrial Services; The govt. also files a joint motion in open court; The court will allow the motion when it has been docketed; The deft. is released on conditions; The deft. waives the reading of the indictment in its entirety and pleads not guilty to counts 1 - 37; The govt. anticipates 50 witnesses and the trial to last approximately three weeks; An initial status conference is set for 5/13/2005 at 2:00 PM.(Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 04/01/2005) |
| 03/31/2005 | 5 | Unsecured bond entered for Thurston Gene Gilman in the amount of $50,000.00 (Saccoccio, Dianalynn) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 03/31/2005 | 6 | Magistrate Judge Marianne B. Bowler: ORDER entered; Order Setting Conditions of Release (Saccoccio, Dianalynn) (Entered: 04/01/2005) |
| 03/31/2005 | 7 | NOTICE OF ATTORNEY APPEARANCE: Thomas Hoopes appearing for Thurston Gene Gilman (Stanhope, Don.) (Entered: 04/05/2005) |
| 04/01/2005 | 4 | Joint MOTION for Order *Authorizing and Directing Clerk of Court* as to Thurston Gene Gilmanby USA. (Wild, Victor) (Entered: 04/01/2005) |
| 04/04/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 4 Motion for Order as to Thurston Gene Gilman(1). (Bowler, Marianne) (Entered: 04/04/2005) |
| 05/13/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial status conference for Thurston Gene Gilman held on 5/13/2005; Victor Wild for the govt. and Thomas Hoopes for the deft.; Parties request an interim status conference for the beginning of June; An interim status conference is set for 6/7/2005 at 11:00 AM; Parties agree to exclude the time from today to 6/7/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 05/16/2005) |
| 05/31/2005 | | Return receipt received for mail sent to Thurston Gilman Delivered on Unclaimed as to Thurston Gene Gilman (Hourihan, Lisa) (Entered: 05/31/2005) |
| 06/07/2005 | 8 | MOTION for Excludable Delay from 5/13/05 to 6/7/05 as to Thurston Gene Gilmanby USA. (Wild, Victor) (Entered: 06/07/2005) |
| 06/07/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Interim status conference for Thurston Gene Gilman held on 6/7/2005; Victor Wild for the govt. and Thomas Hoopes for the deft.; Parties request that the case is returned to district judge for a change of plea; The court will issue a final status report and return the case to the district judge. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/08/2005) |
| 06/08/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 8 Motion to Exclude as to Thurston Gene Gilman(1). (Bowler, Marianne) (Entered: 06/08/2005) |

| | | |
|---|---|---|
| 06/08/2005 | 9 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Thurston Gene Gilman. (Saccoccio, Dianalynn) (Entered: 06/08/2005) |
| 06/08/2005 | | Judge update in the case of Thurston Gene Gilman; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 06/08/2005) |
| 06/08/2005 | | NOTICE OF HEARING as to Thurston Gene Gilman Pretrial Conference set for 7/18/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 06/08/2005) |
| 07/12/2005 | | Terminate Deadlines and Hearings as to Thurston Gene Gilman: Pretrial Conference set for 7/18/05. (Hourihan, Lisa) (Entered: 07/12/2005) |
| 07/12/2005 | | Set/Reset Hearings as to Thurston Gene Gilman: Change of Plea Hearing set for 7/18/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. Counsel report to the court this date that there is no written plea agreement. (Hourihan, Lisa) (Entered: 07/12/2005) |
| 07/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Thurston Gene Gilman held on 7/18/2005. Defendant retracts previous plea of not guilty and enters plea of guilty to counts 1-37 of the Indictment. Court finds factual basis, the plea is accepted and entered by Thurston Gene Gilman (1) Guilty Count 1,2-19,20-37. Present bail continued. (Court Reporter C. Handel.) (Hourihan, Lisa) (Entered: 07/19/2005) |
| 07/19/2005 | 10 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Thurston Gene Gilman Sentencing set for 11/8/2005 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 07/19/2005) |
| 08/31/2005 | 11 | TRANSCRIPT of Rule 11 Hearing as to Thurston Gene Gilman held on July 18, 2005 before Judge Lindsay. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/31/2005) |

| | | |
|---|---|---|
| 10/13/2005 | 12 | Victim Deborah Mital's Motion for Priority of Lien Against Arbor Securities Limited on Funds Currently Held by Court as to Thurston Gene Gilman. (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(York, Steve) (Entered: 10/13/2005) |
| 10/26/2005 | 13 | MOTION to Seal as to Thurston Gene Gilman. (Hourihan, Lisa) (Entered: 10/26/2005) |
| 10/27/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 13 Motion to Seal as to Thurston Gene Gilman (1) (Hourihan, Lisa) (Entered: 10/27/2005) |
| 10/27/2005 | | SEALED MOTION as to Thurston Gene Gilman. (Hourihan, Lisa) (Entered: 10/27/2005) |
| 10/27/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting [] Sealed Motion as to Thurston Gene Gilman (1) (Hourihan, Lisa) (Entered: 10/27/2005) |
| 10/27/2005 | | Set/Reset Hearings as to Thurston Gene Gilman: Sentencing reset for 1/10/2006 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/27/2005) |
| 10/27/2005 | | Set/Reset Hearings as to Thurston Gene Gilman: Sentencing reset for 1/24/2006 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/27/2005) |
| 12/12/2005 | 14 | Memorandum regarding Application of Sentencing Guidelines as to Thurston Gene Gilman (Wild, Victor) (Entered: 12/12/2005) |
| 01/17/2006 | 15 | RESPONSE to Motion by USA as to Thurston Gene Gilman re 12 MOTION Motion for Priority of Lien Against Arbor Securities Limited on Funds Currently Held by Court (Wild, Victor) (Entered: 01/17/2006) |
| 01/23/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Thurston Gene Gilman held on 1/23/2006. Court confers with counsel re: procedure for sentencing. (Court Reporter M. Cloonan.) (Hourihan, Lisa) (Entered: 01/23/2006) |
| 01/24/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 1/24/2006 for Thurston Gene Gilman (1), Count(s) 1. Court denies motion for downward departure. The Court finds the Total Offense |

| | | |
|---|---|---|
| | | Level to be 36 and the Criminal History Category to be I. The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700; Count(s) 2-19, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700; Count(s) 20-37, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/25/2006) |
| 01/24/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 17 Sealed Motion as to Thurston Gene Gilman (1) (Hourihan, Lisa) (Entered: 01/25/2006) |
| 01/25/2006 | 16 | MOTION for Leave to File as to Thurston Gene Gilman. (York, Steve) (Entered: 01/25/2006) |
| 01/25/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 16 Motion for Leave to File as to Thurston Gene Gilman (1) (York, Steve) (Entered: 01/25/2006) |
| 01/25/2006 | 17 | Sealed Motion as to Thurston Gene Gilman. (York, Steve) Additional attachment(s) added on 1/25/2006 (York, Steve). (Entered: 01/25/2006) |
| 01/25/2006 | 18 | Sealed Document filed. (York, Steve) (Entered: 01/25/2006) |
| 01/25/2006 | 19 | Letter from Pretrial Services as to Thurston Gene Gilman (York, Steve) (Entered: 01/25/2006) |
| 02/01/2006 | 20 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Thurston Gene Gilman (1), Count(s) 1, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700; Count(s) 2- |

| | | |
|---|---|---|
| | | 19, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700; Count(s) 20-37, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700 (Attachments: # 1) (Hourihan, Lisa) (Entered: 02/02/2006) |
| 02/02/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 12 Victim Deborah Mital's Motion for Priority of Lien Against Arbor Securities Limited on Funds Currently Held by Court as to Thurston Gene Gilman (1) (York, Steve) (Entered: 02/03/2006) |
| 02/09/2006 | 21 | NOTICE OF APPEAL by Thurston Gene Gilman Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/1/2006. (Hoopes, Thomas) (Entered: 02/09/2006) |
| 02/14/2006 | 22 | TRANSCRIPT of Sentencing as to Thurston Gene Gilman held on January 25, 2006 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/14/2006) |
| 02/21/2006 | 23 | Emergency MOTION to Continue *Self-Report Date* as to Thurston Gene Gilman. (Brooks, Douglas) (Entered: 02/21/2006) |
| 02/22/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 23 Motion to Continue Self-Report Date as to Thurston Gene Gilman (1). The defendant shall report to the institution designated by the Bureau of Prisons no later than 2:00PM on Wednesday, March 22, 2006. (Hourihan, Lisa) (Entered: 02/22/2006) |

APPEAL, VICTIM

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10068-RCL-ALL

| | |
|---|---|
| Case title: USA v. Gilman | Date Filed: 03/17/2005 |

Assigned to: Judge Reginald C. Lindsay

### Defendant

**Thurston Gene Gilman** (1)
*TERMINATED: 02/01/2006*

represented by **Thomas Hoopes**
Kelley, Libby & Hoopes
Suite 800
175 Federal Street
Boston, MA 02110
617-338-9300
Fax: 617-338-9911
Email: thoopes@klhboston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

### Pending Counts

15:80b-6(1), 80b-6(2), 80b-6(4) and 80b-17 Willful Violation of the Investment Adviser's Act of 1940
(1)

### Disposition

The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700

The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the

| | |
|---|---|
| 18:1343 Wire Fraud (2-19) | defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700 |
| 18:1341 Mail Fraud (20-37) | The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

None

---

**Plaintiff**

USA                         represented by **Victor A. Wild**
                                            United States Attorney's Office
                                            John Joseph Moakley Federal Courthouse
                                            1 Courthouse Way
                                            Suite 900

Boston, MA 02210
617-748-3145
Fax: 617-748-3960
Email: victor.wild@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2005 | 1 | INDICTMENT as to Thurston Gene Gilman (1) count(s) 1, 2-19, 20-37. (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/17/2005 | 2 | Judge Reginald C. Lindsay : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Thurston Gene Gilman (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/21/2005 |  | NOTICE OF HEARING for Thurston Gene Gilman; Initial Appearance set for 3/31/2005 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 03/21/2005) |
| 03/31/2005 |  | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial appearance and arraignment for Thurston Gene Gilman (1) held on 3/31/2005; Victor Wild for the govt.; Thomas Hoopes for the deft.; Christopher Wylie for Pretrial Services; The deft. is informed of the charges, rights and right to counsel; The deft. has retained Thomas Hoopes and counsel for the deft. files an appearance in open court; Deft. is sworn and questioned by the court; The govt. does not request detention at this time and agrees with conditions recommended by Pretrial Services; The govt. also files a joint motion in open court; The court will allow the motion when it has been docketed; The deft. is released on conditions; The deft. waives the reading of the indictment in its entirety and pleads not guilty to counts 1 - 37; The govt. anticipates 50 witnesses and the trial to last approximately three weeks; An initial status conference is set for 5/13/2005 at 2:00 PM.(Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 04/01/2005) |
| 03/31/2005 | 5 | Unsecured bond entered for Thurston Gene Gilman in the amount of $50,000.00 (Saccoccio, Dianalynn) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 03/31/2005 | 6 | Magistrate Judge Marianne B. Bowler: ORDER entered; Order Setting Conditions of Release (Saccoccio, Dianalynn) (Entered: 04/01/2005) |
| 03/31/2005 | 7 | NOTICE OF ATTORNEY APPEARANCE: Thomas Hoopes appearing for Thurston Gene Gilman (Stanhope, Don) (Entered: 04/05/2005) |
| 04/01/2005 | 4 | Joint MOTION for Order *Authorizing and Directing Clerk of Court* as to Thurston Gene Gilmanby USA. (Wild, Victor) (Entered: 04/01/2005) |
| 04/04/2005 | 🌣 | Judge Marianne B. Bowler: Electronic ORDER entered granting 4 Motion for Order as to Thurston Gene Gilman(1). (Bowler, Marianne) (Entered: 04/04/2005) |
| 05/13/2005 | 🌣 | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial status conference for Thurston Gene Gilman held on 5/13/2005; Victor Wild for the govt. and Thomas Hoopes for the deft.; Parties request an interim status conference for the beginning of June; An interim status conference is set for 6/7/2005 at 11:00 AM; Parties agree to exclude the time from today to 6/7/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 05/16/2005) |
| 05/31/2005 | 🌣 | Return receipt received for mail sent to Thurston Gilman Delivered on Unclaimed as to Thurston Gene Gilman (Hourihan, Lisa) (Entered: 05/31/2005) |
| 06/07/2005 | 8 | MOTION for Excludable Delay from 5/13/05 to 6/7/05 as to Thurston Gene Gilmanby USA. (Wild, Victor) (Entered: 06/07/2005) |
| 06/07/2005 | 🌣 | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Interim status conference for Thurston Gene Gilman held on 6/7/2005; Victor Wild for the govt. and Thomas Hoopes for the deft.; Parties request that the case is returned to district judge for a change of plea; The court will issue a final status report and return the case to the district judge. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/08/2005) |
| 06/08/2005 | 🌣 | Judge Marianne B. Bowler: Electronic ORDER entered granting 8 Motion to Exclude as to Thurston Gene Gilman(1). (Bowler, Marianne) (Entered: 06/08/2005) |

| | | |
|---|---|---|
| 06/08/2005 | 9 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Thurston Gene Gilman. (Saccoccio, Dianalynn) (Entered: 06/08/2005) |
| 06/08/2005 | | Judge update in the case of Thurston Gene Gilman; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 06/08/2005) |
| 06/08/2005 | | NOTICE OF HEARING as to Thurston Gene Gilman Pretrial Conference set for 7/18/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 06/08/2005) |
| 07/12/2005 | | Terminate Deadlines and Hearings as to Thurston Gene Gilman: Pretrial Conference set for 7/18/05. (Hourihan, Lisa) (Entered: 07/12/2005) |
| 07/12/2005 | | Set/Reset Hearings as to Thurston Gene Gilman: Change of Plea Hearing set for 7/18/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. Counsel report to the court this date that there is no written plea agreement. (Hourihan, Lisa) (Entered: 07/12/2005) |
| 07/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Thurston Gene Gilman held on 7/18/2005. Defendant retracts previous plea of not guilty and enters plea of guilty to counts 1-37 of the Indictment. Court finds factual basis, the plea is accepted and entered by Thurston Gene Gilman (1) Guilty Count 1,2-19,20-37. Present bail continued. (Court Reporter C. Handel.) (Hourihan, Lisa) (Entered: 07/19/2005) |
| 07/19/2005 | 10 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Thurston Gene Gilman Sentencing set for 11/8/2005 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 07/19/2005) |
| 08/31/2005 | 11 | TRANSCRIPT of Rule 11 Hearing as to Thurston Gene Gilman held on July 18, 2005 before Judge Lindsay. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/31/2005) |

| | | |
|---|---|---|
| 10/13/2005 | 12 | Victim Deborah Mital's Motion for Priority of Lien Against Arbor Securities Limited on Funds Currently Held by Court as to Thurston Gene Gilman. (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(York, Steve) (Entered: 10/13/2005) |
| 10/26/2005 | 13 | MOTION to Seal as to Thurston Gene Gilman. (Hourihan, Lisa) (Entered: 10/26/2005) |
| 10/27/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 13 Motion to Seal as to Thurston Gene Gilman (1) (Hourihan, Lisa) (Entered: 10/27/2005) |
| 10/27/2005 | | SEALED MOTION as to Thurston Gene Gilman. (Hourihan, Lisa) (Entered: 10/27/2005) |
| 10/27/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting [] Sealed Motion as to Thurston Gene Gilman (1) (Hourihan, Lisa) (Entered: 10/27/2005) |
| 10/27/2005 | | Set/Reset Hearings as to Thurston Gene Gilman: Sentencing reset for 1/10/2006 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/27/2005) |
| 10/27/2005 | | Set/Reset Hearings as to Thurston Gene Gilman: Sentencing reset for 1/24/2006 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/27/2005) |
| 12/12/2005 | 14 | Memorandum regarding Application of Sentencing Guidelines as to Thurston Gene Gilman (Wild, Victor) (Entered: 12/12/2005) |
| 01/17/2006 | 15 | RESPONSE to Motion by USA as to Thurston Gene Gilman re 12 MOTION Motion for Priority of Lien Against Arbor Securities Limited on Funds Currently Held by Court (Wild, Victor) (Entered: 01/17/2006) |
| 01/23/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Thurston Gene Gilman held on 1/23/2006. Court confers with counsel re: procedure for sentencing. (Court Reporter M. Cloonan.) (Hourihan, Lisa) (Entered: 01/23/2006) |
| 01/24/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 1/24/2006 for Thurston Gene Gilman (1), Count(s) 1. Court denies motion for downward departure. The Court finds the Total Offense |

| | | |
|---|---|---|
| | | Level to be 36 and the Criminal History Category to be I. The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700; Count(s) 2-19, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700; Count(s) 20-37, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/25/2006) |
| 01/24/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 17 Sealed Motion as to Thurston Gene Gilman (1) (Hourihan, Lisa) (Entered: 01/25/2006) |
| 01/25/2006 | 16 | MOTION for Leave to File as to Thurston Gene Gilman. (York, Steve) (Entered: 01/25/2006) |
| 01/25/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 16 Motion for Leave to File as to Thurston Gene Gilman (1) (York, Steve) (Entered: 01/25/2006) |
| 01/25/2006 | 17 | Sealed Motion as to Thurston Gene Gilman. (York, Steve) Additional attachment(s) added on 1/25/2006 (York, Steve). (Entered: 01/25/2006) |
| 01/25/2006 | 18 | Sealed Document filed. (York, Steve) (Entered: 01/25/2006) |
| 01/25/2006 | 19 | Letter from Pretrial Services as to Thurston Gene Gilman (York, Steve) (Entered: 01/25/2006) |
| 02/01/2006 | 20 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Thurston Gene Gilman (1), Count(s) 1, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700; Count(s) 2- |

| | | |
|---|---|---|
| | | 19, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700; Count(s) 20-37, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 204 months. Upon release, the defendant is placed on supervised release for a term of 2 years with special conditions. The Court further orders restitution (amount to be determined) and a special assessment of $3,700 (Attachments: # 1) (Hourihan, Lisa) (Entered: 02/02/2006) |
| 02/02/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 12 Victim Deborah Mital's Motion for Priority of Lien Against Arbor Securities Limited on Funds Currently Held by Court as to Thurston Gene Gilman (1) (York, Steve) (Entered: 02/03/2006) |
| 02/09/2006 | 21 | NOTICE OF APPEAL by Thurston Gene Gilman Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/1/2006. (Hoopes, Thomas) (Entered: 02/09/2006) |
| 02/14/2006 | 22 | TRANSCRIPT of Sentencing as to Thurston Gene Gilman held on January 25, 2006 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/14/2006) |
| 02/21/2006 | 23 | Emergency MOTION to Continue *Self-Report Date* as to Thurston Gene Gilman. (Brooks, Douglas) (Entered: 02/21/2006) |
| 02/22/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 23 Motion to Continue Self-Report Date as to Thurston Gene Gilman (1). The defendant shall report to the institution designated by the Bureau of Prisons no later than 2:00PM on Wednesday, March 22, 2006. (Hourihan, Lisa) (Entered: 02/22/2006) |