UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA                    )
                                            )
                                            )
    v.                                      )   Criminal No. 05-10068-RCL
                                            )
                                            )
THURSTON GENE GILMAN,                       )
Defendant                                   )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance in this action as counsel for the defendant, Thurston Gene Gilman.

Respectfully submitted,

/s/ John J. Commisso
John J. Commisso (BBO No. 647002)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street, Suite 800
Boston, MA 02110
(617) 338-9300

Date:   March 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by regular mail on March 16, 2006.

/s/ John J. Commisso