UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA                    )
                                            )
                                            )
     v.                                     )     Criminal No. 05-10068-RCL
                                            )
                                            )
THURSTON GENE GILMAN,                       )
Defendant                                   )
_____)

**DEFENDANT'S MOTION FOR**
**<u>LEAVE TO APPEAL IN FORMA PAUPERIS</u>**

The defendant, Thurston Gene Gilman, moves this Court, pursuant to Fed. R. App. P. 24(a)(1), for leave to appeal in forma pauperis from the Judgment dated February 1, 2006. In support of this motion, the defendant states as follows:

1. On July 18, 2005, the defendant pleaded guilty to Counts 1-37 of the Indictment.

2. On January 24, 2006, the Court sentenced the defendant to serve a term of 204 months in the custody of the United States Bureau of Prisons.

3. The Court entered Judgment dated February 1, 2006.

4. On February 9, 2006, the defendant filed a Notice of Appeal with the Court.

5. The appeal was docketed in the United States Court of Appeals for the First Circuit on March 2, 2006 as case No. 06-1376.

6. The defendant is scheduled to self-report to the Bureau of Prisons no later than March 22, 2006.

      7.      Attached to this Motion is the defendant's Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis which, in accordance with Fed. R. App. P. 24(a)(1), shows the defendant's inability to pay or give security for fees and costs, claims an entitlement to redress, and states the issues the defendant intends to present on appeal.

      Therefore, the defendant respectfully requests that the Court grant him leave to proceed on appeal in forma pauperis.

                                    Respectfully submitted,

                                    /s/ John J. Commisso
                                  Thomas M. Hoopes (BBO No. 239340)
                                  John J. Commisso (BBO No. 647002)
                                  KELLY, LIBBY & HOOPES, P.C.
                                  175 Federal Street, Suite 800
                                  Boston, MA 02110
                                  (617) 338-9300

Date:   March 16, 2006

### CERTIFICATE OF SERVICE

      I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by regular mail on March 16, 2006.

                                  /s/ John J. Commisso

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 05-10068-RCL
Appeal No. 06-1376

United States

v.

Thurston Gene Gilman

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *[signature]* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 03/15/06 |

My issues on appeal are: The sentence imposed violates the Constitution and laws of the United States, including the U.S. Sentencing Guidelines, 18 U.S.C. §3553(a), and <u>U.S. v. Booker</u>, 543 U.S. 220 (2005).

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ 700 | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly income: | $ 700.00 | $ 0 | $ 0 | $ 0 |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*



| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. *How much cash do you and your spouse have?* $ 400○○

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank North | Debit | $ 300○○ | $ N/A |
| N/A | N/A | $ -0- | $ -0- |
| N/A | N/A | $ -0- | $ -0- |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| N/A | | N/A | | Model: N/A | |
| N/A | | N/A | | Registration#: N/A | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | N/A | | N/A | |
| Model: N/A | | N/A | | N/A | |
| Registration#: N/A | | N/A | | N/A | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

3

*8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 40 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 400 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 40 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 200 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): | $ 0 | $ 0 |
| Department store (name): | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 700 | $ 0 |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☒ Yes  ☐ No               If yes, describe on an attached sheet.
    - Going to Federal Prison -

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☒ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:
N/A
N/A
N/A

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:
N/A
N/A
N/A

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
All of my assets have been taken as a result of civil and criminal rulings. In addition my house was foreclosed by the bank in 2005 for the amount due on the mortgage.

5

13. State the address of your legal residence.
   133 Kennedy Memorial Drive
   Waterville, MAINE 04901
Your daytime phone number: (207) 446-8588
Your age: 63        Your years of schooling: 16