UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
v.                          )    Case No. 05-10068-RCL
                            )
THURSTON GENE GILMAN        )
                            )

**GOVERNMENT'S MOTION FOR ORDER TO
DISTRIBUTE RESTITUTION PROCEEDS**

The United States Attorney moves this Court for an Order authorizing and directing the Financial Manager, Clerk's Office, United States District Court for the District of Massachusetts, to distribute, as restitution, those funds received from Pension Financial Services, Inc. and currently held in the Court Registry Investment System ("CRIS"), together with all accumulated interest.

As reasons for the motion, the United States Attorney submits the following:

1. On January 24, 2006, this Court sentenced the defendant to a term of imprisonment, together with an Order for restitution in an amount to be determined.

2. On February 24, 2006, the Government filed a SEALED motion which included an Attachment "A". The defendant did not oppose the motion.

3. On March 21, 2006, this Court allowed the Government's SEALED motion, thereby timely determining restitution in this case.

4. The Financial Manager for the Office of the Clerk, U.S. District Court for the District of Massachusetts, received from Penson Financial Services, Inc. ("Penson") $245,697.25 more or less, and currently holds the funds together with accumulated interest. The funds were derived from two accounts at Penson in the name of Arbor Securities, LTD.

The Government moves this Court for an Order authorizing and directing the Financial

Manager to distribute the subject funds to the individuals, and in the *pro rata* portions, identified in Attachment "A" of the Government's SEALED motion allowed by this Court on March 21, 2006.

The Government further moves this Court for an Order authorizing and directing the Government to deliver to the Financial Manager a copy of the subject Attachment "A" for purposes of making such distribution of funds.

Respectfully submitted this 21st day of April, 2006.

                                        MICHAEL J. SULLIVAN
                                      United States Attorney

By:   /s/ Victor A. Wild
        VICTOR A. WILD
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon THOMAS M. HOOPES, Esq., *Kelly, Libby & Hoopes*, 175 Federal Street, Boston, MA 02110.

                                      /s/ Victor A. Wild
                                      VICTOR A. WILD
                                      Assistant U.S. Attorney