UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> THURSTON GENE GILMAN, ) <br> Defendant ) <br> ) | Criminal No. 05-10068-RCL |

### DEFENDANT'S ASSENTED-TO MOTION TO
### FILE DOCUMENT UNDER SEAL

The defendant, Thurston Gene Gilman, moves, pursuant to Local Rule 7.2 governing impounded and confidential materials, for permission to file under seal the accompanying Motion for Leave to Proceed in Forma Pauperis and for Appointment of CJA Counsel. The Motion is being filed under seal because it references certain confidential matters that should remain under seal until further order of the Court.

Counsel for the government has graciously assented to this motion.

Respectfully submitted,

/s/ Thomas M. Hoopes, Jr.
Thomas M. Hoopes (BBO No. 239340)
John J. Commisso (BBO No. 647002)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street, Suite 800
Boston, MA 02110
(617) 338-9300

Date:   August 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document has been sent on August 8, 2006 by U.S. Mail to counsel for the government, Victor Wild, U.S. Attorney's Office, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02210.

_____
Thomas M. Hoopes