**BURNS & LEVINSON** LLP

N CLERKS OFFICE

LINDA M. MCILVENE, PARALEGAL
617.345.3271
LMCILVENE@BURNSLEV.COM

125 SUMMER STREET  BOSTON, MA 02110
2007 JAN 19  T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 18, 2007

Clerk's Office
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

　　　　Re:　　*Case No. 05-cr-10068-RCL*

Dear Sir/Madam:

I am writing to request a certified copy of the Order which appears as Item #20 on the docket for the above matter:  If you require pre-payment, please call me at my number above with that amount, or in the alternative, please enclose your invoice with the certified copy.

Thank you and if you have any questions, please call me.

Very truly yours,

Linda M. McIlvene
Paralegal

/lmm

J:\Docs\87244\00004\01095236.DOC