UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-10068-RCL |
| ) | |
| THURSTON GENE GILMAN ) | |
| _____ ) | |

### JOINT MOTION TO SEAL

Pursuant to Local Rule 7.2 and in order to preserve the confidentiality of the accompanying submission, the Government moves this Court to seal the accompanying motion.[1]

Respectfully submitted this 23rd day of January, 2006.

By:  MICHAEL J. SULLIVAN
United States Attorney

VICTOR A. WILD
Assistant U.S. Attorney

---

[1] Counsel for defendant Gilman has authorized the Government to inform this Court of the defendant's assent to this motion to seal and the accompanying motion.