**UNITED STATS DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CRIMINAL DOCKET NO.: 05-10068-RCL

UNITED STATES OF AMERICA

vs.

THURSTON GENE GILMAN

**NOTICE OF APPEARANCE**

Now comes the undersigned and requests that this Honorable Court enter his appearance on behalf of the movant, Earl Gould, an interested party in the above-entitled matter.

Respectfully submitted,

Dated: February 14, 2007

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533
bejdphd@earthlink.net

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 14th day of February, 2007.

/s/ Benjamin D. Entine, Esq.