UNITED STATS DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DOCKET NO.: 05-10068-RCL

UNITED STATES OF AMERICA

vs.

THURSTON GENE GILMAN

## VICTIM EARL GOULD'S MOTION FOR ORDER OF RESTITUTION

Now comes the movant, Earl Gould and seeks an order of restitution, specifying that the restitution distribution proceeds, previously Ordered by the Court on May 9, 2006, include the specific designation of Two Hundred Thousand Dollars ($200,000.00) for return to Mr. Earl Gould.

The movant resides at 2145 Desert Woods, Henderson, NV and is a victim of fraud perpetrated by the defendant, Thurston Gene Gilman in the instant case. Two Hundred Thousand Dollars ($200,000.00) in funds invested through Arbor Securities Limited have been identified by the defendant as funds specifically obtained from victim, Earl Gould. Defendant Gillman identified these funds in his proffer to the government. They are otherwise not in question of having been originally obtained from Mr. Gould. Movant seeks the return of those funds in the amount specially identified by the defendant, Thurston Gillman.

Earl Gould seeks an evidentiary hearing before this Court for purposes of providing testimony under oath concerning Mr. Gould's losses and the information which has been provided to the government in that regard.

                Respectfully submitted,

Dated: February 14, 2007     /s/ Benjamin D. Entine, Esq.
                77 Franklin Street
                3rd Floor
                Boston, MA 02110
                Tel: 617-357-0440
                BBO# 558533
                bejdphd@earthlink.net

## Certificate of Service

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 14th day of February, 2007.

                       /s/ Benjamin D. Entine, Esq.