UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-10068-RCL |
| ) | |
| THURSTON GENE GILMAN ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the accompanying Government's Memorandum Re: Victim Earl Gould's Motion For Order of Restitution, until further order of this Court. As an exclusion from sealing, the Government seeks leave to provide a copy of its memorandum to counsel for movant Earl Gould and to counsel for defendant Gilman.

As grounds for this motion, the Government states that the Government's Memorandum includes identification and personal financial information relating to one or more victim(s) who suffered losses as a result of the charged criminal offenses, and public disclosure of such matters would not be in the interest of justice.

Respectfully submitted this 22nd day of February, 2007.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Victor A. Wild
VICTOR A. WILD
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon Thomas M. Hoopes, Esq., *Kelly, Libby & Hoopes*, 175 Federal Street, Boston, MA 02110, and upon Benjamin D. Entine, Esq., 77 Federal Street, boston, MA 02110.

/s/ Victor A. Wild
VICTOR A. WILD
Assistant U.S. Attorney