# United States Court of Appeals
## For the First Circuit

*[handwritten: 05-10068 Massachusetts (B) R. Lindsay]*

---

No. 06-1376

UNITED STATES OF AMERICA,

Appellee,

v.

THURSTON GENE GILMAN,

Defendant, Appellant.

---

**JUDGMENT**

Entered: March 8, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*/s/ Jennifer Calardo*
Deputy Clerk

Date: 4.2.07

By the Court:

*/s/ Richard Cushing Donovan*
Richard Cushing Donovan, Clerk

[cc: Mr. Hoopes, Mr. Commisso, Mr. Wild, Ms. Young, & Ms. Chaitowitz.]